STATE OF NEW JERSEY v. HARVEY I. LASHINSKY.

January 9, 1979.  Certification to Middlesex County Court granted.

IRMA KOZLOWSKI v. THADDEUS KOZLOWSKI.

January 9, 1979.  Certification to Superior Court, Chancery Division granted.

STATE OF NEW JERSEY v. JOHN RUSHWORTH.

January 16, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR LEE TILLMAN.

January 16, 1979.  Petition for certification denied.

THE HARTFORD FIRE INSURANCE COMPANY v.
RIEFOLO CONSTRUCTION CO., INC.

January 16, 1979.  Petitions for certification granted.  (See 161 *N. J. Super.* 99)